# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| **SHERIE ESPARZA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 7:16-CV-00318 |
| § | |
| **ALLSTATE VEHICLE AND** § | |
| **PROPERTY INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff SHERIE ESPARZA and Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

I.

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

II.

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to Defendant, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

THE CORONA LAW FIRM, PLLC

By: */s/   Jesse S. Corona  *
     Jesse S. Corona
     State Bar No. 24082184
     jesse@theCoronaLawfirm.com

THE CORONA LAW FIRM, PLLC
521 N Sam Houston Pkwy E, Suite 420
Houston, Texas  77068
Office: (281) 882-2531
Facsimile: (713) 678-0613
ATTORNEY FOR PLAINTIFF
SHERIE ESPARZA
* signed with permission


THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Roger D. Higgins*
     Roger D. Higgins
     State Bar No. 09601500
     rhiggins@thompsoncoe.com
     Timothy E. Headley
     State Bar No. 24007334
     theadley@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:  (214) 871-8209

ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with Texas Rules of Civil Procedure:

Jesse S. Corona
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Pkwy E, Suite 420
Houston, Texas  77068
Office: (281) 882-2531
Facsimile: (713) 678-0613
jesse@theCoronaLawfirm.com


   /s/ Tim Headley
Timothy E. Headley