United States District Court
Southern District of Texas
**ENTERED**
January 30, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SHERIE ESPARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-00318 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal of an action without a court order when the stipulation of dismissal is signed by all parties who have appeared. Since the stipulation of dismissal is signed by all parties who have appeared, the case is effectively dismissed and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 30th day of January, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 16.